USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: September 17, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN EDWARD REYNOLDS,

Plaintiff,

-against-

UNKNOWN NAMES OF MANUFACTURER OR RESPONSIBLE INDIVIDUALS,

Defendant.

24-CV-6854 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On September 1, 2026, Plaintiff submitted a letter asking for an update on the above-entitled matter. (ECF No. 15.) It appears that Plaintiff did not receive the Transfer Order, ECF No. 12, memorializing the transfer of this case to the Southern District of Florida to join related litigation there.

The Court, therefore, respectfully directs the Clerk of Court to mail a copy of this order and the Transfer Order, ECF No. 12, to Plaintiff.

SO ORDERED.

Dated: September 17, 2026
New York, New York

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge